KATHLEEN BLISS
Nevada Bar No. 7606
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
Email: kathlen.bliss@lewis.brisbois.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEBASTAIN M. PAULIN, JR., M.D. and ESTELITA A. PAULIN,<br><br>Defendants. | CASE NO. 2:11-cr—381-PMP-GWF<br><br>SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER<br>(LOCAL RULE 10-6(c) ) |
|---|---|

SUBSTITUTION OF ATTORNEY

In accordance with Rule 10-6(c) of the Local Rules of Practice for the United States District Court for the District of Nevada, KATHLEEN BLISS, ESQ. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby files the following Stipulation to Substitute Attorneys and Proposed Order:

Defendant ESTELITA A. PAULIN hereby nominates and appoints KATHLEEN BLISS ESQ. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, to represent her in the above-entitled action, in place and instead of MICHAEL P. KIMBRELL, ESQ. of the law firm MICHAEL P. KIMBRELL, Ltd.

Dated this _14_ day of January, 2014.

_____
ESTELITA PAULIN

///

///



Page 1 of 3

I agree to the substitution of KATHLEEN BLISS, ESQ. to represent the Defendant ESTELITA PAULIN in the above-entitled action, in my place and stead.

Dated this 17th day of January, 2014.

MICHAEL P. KIMBRELL, ESQ.
523 S. 8th Street
Las Vegas, Nevada 89101

I hereby agree to accept this substitution to represent Defendant ESTELITA PAULIN in the above-entitled action.

Dated this 17th day of January, 2014.

KATHLEEN BLISS, ESQ.
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118

## ORDER

Based upon the Stipulation of the Parties and Counsel and good cause appearing, IT IS SO ORDERED.

Dated this _17th_ day of January, 2014.

U.S. District Judge

Dated this 17th day of January, 2014.

Respectfully submitted,

KATHLEEN BLISS
Nevada Bar No. 7606
Email: kbliss@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789

2

## CERTIFICATE OF SERVICE

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure and Rule 47-11 of the Local Rules of Practice of the United States District Court for the District of Nevada, I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 17th day of January 2014, I did cause a true copy of:

## SUBSTITUTION OF ATTORNEY

to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System in this action.

By: /s/ Crystal Marshall
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

3