UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ESTELITA A. PAULIN,<br><br>　　　　　　　　　　Defendant. | Case No. 2:11-cr-00381-JCM-GWF<br><br>ORDER |

Presently before the court is defendant Estelita A. Paulin's motion for release of passport. (Doc. # 156). The government has filed a response and does not oppose Mrs. Paulin's request. (*See* doc. # 157).

On March 31, 2016, the court sentenced Mrs. Paulin to twenty-four months of probation without a term of incarceration. (*See* doc. # 155). She indicates that she has elderly and sickly family members in the Philippines and may need to travel there on short notice. She requests that her passport be returned from pretrial services so that she can expeditiously request approval of travel outside the district from her probation officer if a visit to the Philippines becomes necessary.

The government does not oppose the return of her passport and asks only that Mrs. Paulin receive approval of any travel from her probation officer before leaving the district. She has already indicated she will do so. (*See* doc. # 156 at 1–2).

Good cause appearing,

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Estelita A. Paulin's motion for release of passport (doc. # 156) be, and the same hereby is, GRANTED.

    IT IS FURTHER ORDERED that the United States Pretrial Services Office is DIRECTED to release the passport of Estelita A. Paulin to Mrs. Paulin.

    DATED THIS 25th day of April 2016.

*James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2